Patrick M. Kelly, Esq. (State Bar No. 045426)
Patrick.Kelly@wilsonelser.com
Darren Le Montree, Esq. (State Bar No. 198715)
Darren.LeMontree@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:    (213) 443-5101

Attorneys for Defendant,
CATLIN SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLLENBERGER CAPTIAL PARTNERS INC. and N. DAVID HOOVER,<br><br>Plaintiffs,<br><br>v.<br><br>CATLIN SPECIALTY INSURANCE COMPANY; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 10-cv-02384-CRB<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE SEPTEMBER 3, 2010 STATUS CONFERENCE AND RELATED DATES<br><br>Hon. Charles R. Breyer |

Pursuant to the stipulation of the Parties through counsel of record it is so Ordered that the September 3, 2010 Case Management Conference is continued to **December 3, 2010** ~~November 12~~, 2010 at 8:30 a.m.  The Parties will lodge a Rule 26(f) Report and a Joint Case Management Statement by November 12, 2010 and will complete initial disclosures by December 3, 2010.

Dated: ~~August~~ September 1, 2010

_____
Hon. Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1
[PROPOSED] ORDER STIPULATION TO CONTINUE STATUS CONFERENCE